*Exhibit R*

# NEW YORK STATE SUPREME COURT
## KINGS COUNTY, CRIMINAL TERM

## Sentence and Order of Commitment

The People of the State of New York
vs.

_____
Defendant

☐ S.C.I.
Indictment No. _____

Date _7-11-02_ Part _____

Justice _Barros_

Court Reporter _____

Sex _____ D.O.B. _____ NYSID # _____

The defendant having been convicted of the crime/s of:
☐ Adjudicated a Youthful Offender

it is the Judgment of this Court that the defendant is hereby sentenced to a term of imprisonment: ☐ Indeterminate ☐ Determinate ☐ Definite (Specify: days, mos. or yrs.)

CRIME

| | No. of Counts | Concur. | Consec. | Minimum Years | Maximum Years | |
|---|---|---|---|---|---|---|
| 1. CPW 3° (4) | | ☐ | ☐ | ___ | ___ | 1 yr |
| 2. | | ☐ | ☐ | ___ | ___ | |
| 3. | | ☐ | ☐ | ___ | ___ | |
| 4. | | ☐ | ☐ | ___ | ___ | |
| 5. | | ☐ | ☐ | ___ | ___ | |

Court finds ☐ unduly harsh ☐ mitigating circumstances

☐ Sentenced to Parole Supervision (410.91 C.P.L.)

☐ Defendant designated as a SEX OFFENDER

☐ Court directs Post-Release Supervision of _____ years.

As a: ☐ Second Felony Offender ☐ Second Violent Felony Offender ☐ Persistent Felony Offender

☐ Persistent Violent Felony Offender ☐ Probation Violator

☐ **Juvenile Offender** – Date of Crime _____ Defendant must be housed in a secure facility of the NYS Office of Children and Family Services.

And ☐ Pay a fine of $_____ or serve a term of _____ days

☐ Pay a Mandatory Surcharge/CVAF of _210_ from inmate funds.

This sentence shall run :
CONCURRENTLY WITH _____
CONSECUTIVELY TO _6475/01_

The defendant is hereby committed to the custody of the New York City Department of Correction to be delivered to and incarcerated in the appropriate correctional facility until released according to law.

REMARKS: _____

Commit. & Probation Report Rec'd by NYC Dept. of Correction

Correction Officer

Shield No.

Type of Drug or Weapon: _____

A true extract of the minutes _____ Court Clerk

1" copy: Dept. of Corrections    2" copy: court file    3" copy: Appellate Division (if required)    SC-CR5  Rev. 2/01

# *Exhibit S*

EXCLUSIVE    WATCH LIVE: News 4 New York 24/7

# I-Team: More NYPD Officers Say There's Proof of Quota-Driven Arrests

By Sarah Wallace • Published March 30, 2016 • Updated on April 1, 2016 at 8:48 pm



Case 1:23-cv-08968-AMD-TAM   Document 92-6   Filed 09/03/25   Page 4 of 8 PageID #: 731

share their stories after the lead plaintiff in the lawsuit, Edwin Raymond, spoke to the I-Team last month.

The officers work in predominantly minority neighborhoods and they say the pressure from supervisors to "get numbers" is intense.

I-Team: More NYPD Officers Say There's Proof of Quota-Driven Arrests

"They'll tell you to your face: blacks, Hispanics, from 14 to 21, they must get stopped," said NYPD officer Pedro Serrano.

He added, "We're the predators. They're the prey. The worst thing you can have is a police officer that needs an arrest for the month. There's no discretion."

NYPD Officer at Odds With Department Over Quota Claims

NYPD Officers: Here's Proof of Quota-Driven Arrests | NBC New York

Officer Derick Waller told the I-Team, "At the end of the month, these officers who don't have that arrest or those few summonses, they're pressured to find something. You might not see anything but you go hunting, like bounty hunting for an arrest, locking up some old guy, some homeless guy, finding someone who's spitting on the sidewalk, and you bring them in."

Officer Adhyl Polanco added, "The problem is, when you go hunting, when you put any type of numbers on a police officer to perform, we are going to go for the most vulnerable. Of course, we're going to go for the LGBT community, we're going to the black community, we're going to those that have no vote, that have no power."

Raymond, the lead plaintiff in the lawsuit, said, "This is something coming from the top that trickles its way down, and that's why we're here."

Local



**4 HOURS AGO**
Long Island mom crashes car, arrested for DWI with 3-year-old in vehicle: Police



**5 HOURS AGO**
Possible explosive device under investigation after East Harlem scare

In an interview last month, Raymond told the I-Team he has been secretly recording NYPD supervisors for two years in an effort to prove alleged quotas and retaliation against cops who don't rack up numbers.

Bratton responded to Raymond's claims with an expletive, calling them bulls---.

statement, the NYPD added, "There are no numerical quotas in the NYPD. However, we expect our members to do their jobs. Just like any other organization, there are performance standards through which employees are evaluated. Our officers and supervisors are evaluated according to how effectively and appropriately they address the conditions within their area of responsibility."

The officers' attorney, Chukwuenmeka Nwokoro, claimed he can prove quotas exist under the Bratton administration "with testimony, recordings, documents."

The officers claimed they have been retaliated against for refusing to meet quotas.

"Because you're not punishing people, you're being punished, you know," Officer Felicia Whitely said. "And it doesn't make for a great environment because they want you to harass people."

The officers said they believe minority cops are being punished more severely than white officers for failing to meet numbers.

The city has asked a federal judge to dismiss portions of the federal lawsuit, claiming the officers haven't begun to prove a case for either quotas or racial discrimination. A decision could come at any time.

*Watch the full interview with the NYPD officers above.*

SMARTASSET | SPONSORED

**How Long Will $1M Last in Retirement?**

Learn More

MOTLEY FOOL | SPONSORED

**Nvidia's New Rival (Hint: It's Not AMZN)**

MOTLEY FOOL | SPONSORED

no quotas, Sarah Wallace reports

## *UPDATE: After I-Team Report, NYPD Lieutenant Says Department Does Enforce Arrest Quota*

Quotas in the NYPD still exist for arrests and summonses in violation of a 2010 state ban on the practice, current on-the-job officers tell the I-Team, despite Police Commissioner Bill Bratton's repeated insistence that there are no quotas.

Bratton has said that the police department responds to conditions in communities to reduce crime. But Julio Diaz, New York chapter president of the Latino Officers Association, said, "I can tell you I'm a police officer, and there are quotas in the NYPD."

The 10 officers who spoke to the I-Team are plaintiffs, along with two other officers, in a federal class-action lawsuit that claims the NYPD is continuing to pursue illegal quotas and is punishing officers who don't meet numerical goals.

Fellow NYPD Officers Support Quota Claim

# Exhibit T

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF KINGS:  CRIMINAL TERM:  PART 4
 2   ------------------------------------------X
     THE PEOPLE OF THE STATE OF NEW YORK,
 3

 4

 5           - against -          WRIT OF ERROR CORAM NOBIS

 6   ██████████  ████████████,

 7
                         Defendant.
 8   ------------------------------------------X
                         320 Jay Street
 9                       Brooklyn, New York 11201
                         November 4, 2022
10

11   B E F O R E:

12           THE HONORABLE MATTHEW J. D'EMIC,
                      J U S T I C E
13

14
     A P P E A R A N C E S:
15

16

     For the People:
17
             OFFICE OF THE DISTRICT ATTORNEY
18           District Attorney, Kings County
             BY:  CHARLES LINEHAN, ESQ.,
19           BY:  ERIC SONNENSCHEIN, ESQ.,
             Assistant District Attorneys
20

21   For the Defendant:

22           LEGAL AID SOCIETY
             111 ██████     Street
23           Brooklyn, New York  11201
             BY:  CHRISTINE BELLA, ESQ.
24

25                        LISA MATZEL
                      Senior Court Reporter
```

1              THE CLERK:  This is number eight on the

2      Part 4 calendar, Indictment ███ of ████, ███████

3      ████████.

4              MS. BELLA:  Legal Aid Society by Christine

5      Bella, B-E-L-L-A, for ███. ██████████.

6              Good morning.

7              THE COURT:  Good morning.

8              MS. BELLA:  Your Honor, we're moving to

9      vacate ███ ████████████ conviction based upon

10     substantive and procedural defects pursuant to a writ

11     of error coram nobis.

12             MR. LINEHAN:  Your Honor, the People do

13     not oppose the defendant's petition for a writ of

14     error coram nobis.

15             In 2007, former NYPD narcotics detective

16     Jason Arbeeny was convicted in Kings County on

17     charges of Official Misconduct, Offering a False

18     Instrument for Filing and Filing and Falsifying

19     Business Records in connection with his work as a

20     narcotics detective in Brooklyn.

21             Arbeeny was terminated from employment by the

22     New York City Police Department after he was

23     convicted following a bench trial.

24             Detective Arbeeny perviously worked in

25     Brooklyn in 2005 and 2006 and he was involved in a

LM

1    material way in this defendant's case.

2         The former detective's conduct for which he

3    was charged criminally and convicted occurred after

4    the prosecution of this defendant and, therefore,

5    could not have been known or discovered by the People

6    or the defendant at the time of his prosecution.

7         The People have not discovered that the

8    defendant's conviction was based on fabricated

9    evidence or that the defendant is, in fact, innocent.

10   In addition, the People have not discovered evidence

11   to suggest that probable cause did not exist for the

12   defendant's arrest.

13        Nevertheless, pursuant to prosecutorial

14   discretion, the People do not oppose vacating the

15   defendant's conviction and dismissing the accusatory

16   instrument.

17        The district attorney has determined that

18   under these circumstances, the vacatur of this

19   conviction serves the interest of justice, and helps

20   preserve limited resources, enhance public safety,

21   and strengthen the trust in the criminal justice

22   system.

23        The People do not consent to a refund of any

24   fees, assessments, fines, restitution, or forfeiture.

25        For all the reasons above, the People consent

1    to the order granting the defendant's petition.

2                    THE COURT:  Okay.  It's ordered that the

3    defendant's judgment of conviction under Indictment

4    ████ of ████ is vacated and the indictment is

5    dismissed with prejudice.

6                    MS. BELLA:  Thank you, your Honor.

7                    THE COURT:  What are we doing about the

8    sealing?

9                    MR. LINEHAN:  Are we staying 30 days?

10                   MS. LEE:  Could we stay the sealing for 30

11   days?  This is what we did the last time.

12                   THE COURT:  Okay.  I forgot.  Sealing is

13   stayed for 30 days.

14                   THE CLERK:  12/5, your Honor.

15                   MS. LEE:  Brooklyn Defender Services by

16   Yung-Mi Lee, Y-U-N-G-M-I L-E-E.

17                   MR. LINEHAN:  Charles Linehan on behalf of

18   the District Attorney.

19              *    *    *    *    *    *

20                   The preceding transcript is certified to

21   be a true and correct record of the proceedings in

22   this matter.

23

24                       *Lisa Matzel*
                    ——————————————————————
                         LISA MATZEL
25                   SENIOR COURT REPORTER

                         LM

# Exhibit U


M5 M6 M8   Z4  X1 X2          X5 X6

AKRAPOVIC
13 / 14 / 18 / iX   1 866.669.0705   www.europeanautosource.com

BMW Garage   BMW Meets   **Register**   Today's Posts   Search

🏠 BIMMERPOST Universal Forums  >  Off-Topic Discussions Board  >  NYC Narco Detective Testifies, "We fabricated drug charges against innocent people"

post reply

**NYCGP**

WTF are you looking at?



266   1,560

Drives: Bandwagon
Join Date: Jan 2011
Location: Jungle

iTrader: (0)

**NYC Narco Detective Testifies, "We fabricated drug charges against innocent people"**

## We fabricated drug charges against innocent people to meet arrest quotas, former detective testifies

Read more:
http://www.nydailynews.com/news/ny_c...#ixzz1af5Aaq6o

Quote:

> A former NYPD narcotics detective snared in a corruption scandal testified it was common practice to fabricate drug charges against innocent people to meet arrest quotas.
>
> The bombshell testimony from Stephen Anderson is the first public account of the twisted culture behind the false arrests in the Brooklyn South and Queens narc squads, which led to the arrests of eight cops and a massive shakeup.
>
> Anderson, testifying under a cooperation agreement with prosecutors, was busted for planting cocaine, a practice known as "flaking," on four men in a Queens bar in 2008 to help out fellow cop Henry Tavarez, whose buy-and-bust activity had been low.
>
> "Tavarez was ... was worried about getting sent back [to patrol] and, you know, the supervisors getting on his case," he recounted at the corruption trial of Brooklyn

South narcotics Detective Jason Arbeeny.

"I had decided to give him [Tavarez] the drugs to help him out so that he could say he had a buy," Anderson testified last week in Brooklyn Supreme Court.

He made clear he wasn't about to pass off the two legit arrests he had made in the bar to Tavarez.

"As a detective, you still have a number to reach while you are in the narcotics division," he said.

NYPD officials did not respond to a request for comment.

Anderson worked in the Queens and Brooklyn South narcotics squads and was called to the stand at Arbeeny's bench trial to show the illegal conduct wasn't limited to a single squad.

"Did you observe with some frequency this ... practice which is taking someone who was seemingly not guilty of a crime and laying the drugs on them?" Justice Gustin Reichbach asked Anderson.

"Yes, multiple times," he replied.

The judge pressed Anderson on whether he ever gave a thought to the damage he was inflicting on the innocent.

"It was something I was seeing a lot of, whether it was from supervisors or undercovers and even investigators," he said.

"It's almost like you have no emotion with it, that they attach the bodies to it, they're going to be out of jail tomorrow anyway; nothing is going to happen to them anyway."

The city paid $300,000 to settle a false arrest suit by Jose Colon and his brother Maximo, who were falsely arrested by Anderson and Tavarez. A surveillance tape inside the bar showed they had been framed.

A federal judge presiding over the suit said the NYPD's plagued by "widespread falsification" by arresting officers.

Read more:
http://www.nydailynews.com/news/ny_c...#ixzz1af53kak8

# *Exhibit V*

# Former New York Cop Blows Lid Off Drug-Planting Scheme

## During a corruption trial former NYPD narcotics detective Stephen Anderson testified that he and other members of his division regularly planted drugs on innocent people in order to keep up with department arrest quotas.

**NEWS**



BET TALKS: FERG GETS REAL: FROM HARLEM'S STREETS ...     X



ADVERTISEMENT

Trending Now

agents
were up to
no good,
and now
shocking



hispanic women in New York deserve obesity care coverage

ADVERTISEMENT

NEWS

**By Naeesa Aziz**
October 14, 2011 / 11:32 AM



For years, members of the Black community have claimed that many undercover drug agents were up to no good, and now shocking testimony from New York's Finest validates those claims of corruption.

During a corruption trial Wednesday former New York City narcotics detective Stephen Anderson testified that he and other members of the Brooklyn South and Queens ............................. planted drugs on ........................................ keep up with

BET TALKS: FRED GETS REAL FROM HARLEM'S STREETS ...

in the trial of
......beeny and was
.......tice of planting
.....as
.......arcotics
.....was accused of
......n in a bar in
......part of an
......cutors.
.......e a number to

**Trending Now**





**JAMIE FOXX SAYS HIS DAUGHTER'S GUITAR SAVED HIS LIFE**

**EXPLOSIONS, BETRAYALS, AND HEATED ROMANCES: 'A...**

**JUDGE EASES YOUNG THUG'S ATLANTA BAN, BUT THERE'S A...**



reach while you are in the narcotics division," he said according to the *New York Daily News*.

Advocacy groups called the practice a result of the country's skewed objectives that stem from the war on drugs.

"One of the consequences of the war on drugs is that police officers are pressured to make large numbers of arrests, and it's easy for some of the less honest cops to plant evidence on innocent people," said Gabriel Sayegh of the Drug Policy Alliance, an organization dedicated to promoting human rights based alternatives to the drug war.

"The drug war inevitably leads to crooked policing — and quotas further incentivize such practices," he said.

The group also reports that the NYPD has arrested more than 50,000 people last year

<span>nses — 86% of</span>

— making

umber-one

hether he took

epercussions of

"It was

t of, whether it

dercovers and

emotion with it,

to it, they're

row anyway;

BET TALKS; FERG GETS REAL FROM HARLEM'S STREETS ...

nothing is going to happen to them anyway," he said.

Two men who were framed by Anderson and his partner were paid $300,000 in a settlement with the city after surveillance taped showed the officer's misconduct.

*(Photo: Justin Sullivan/Getty Images)*

Gallery

BET TALKS: FBO GETS REAL FROM HARLEM'S STREETS — X

arlem's Streets to Global Spotlight

testimony from New York's Finest validates those claims of corruption. During a corruption trial Wednesday former New York City narcotics detective Stephen Anderson testified that he and other members






BET TALKS: FERG GETS REAL: FROM HARLEM'S STREETS ... ✕

AD 1/1 ⌐ 00:14

keep up with department **arrest** quotas. Anderson

was
participating
in the trial
of Brooklyn
detective
Jason
Arbeeny
and was
called to
show that
the
practice of
planting
drugs,
known as
"flaking,"
was
commonplace
among the
narcotics
detectives.
Anderson,
who was

BET TALKS: FERG GETS REAL FROM HARLEM'S STREETS ...    X

AD 1/1   - 00:14

"As a
detective,
you still
have a
number to
reach while

you are in
the
narcotics
division,"
he said
according
to the *New
York Daily
News.*
Advocacy
groups
called the
practice a
result of
the
country's
skewed
objectives
that stem
from the
war on
drugs.
"One of the

BET TALKS: FERG GETS REAL FROM HARLEM'S STREETS ...   X

AD 1/1  - 00:14

some or
the less
honest
cops to
plant
evidence

on
innocent
people,"
said
Gabriel
Sayegh of
the Drug
Policy
Alliance,
an
organization
dedicated
to
promoting
human
rights
based
alternatives
to the drug
war.
"The drug
war
inevitably

BET TALKS: FERG GETS REAL: FROM HARLEM'S STREETS ...   X

AD 1/1   00:14

that the
NYPD has
arrested
more than
50,000
people last

# Exhibit W

significant discretion.

'Unfounded': Evidence suggests that the event or alleged conduct did not occur.

'Unsubstantiated': or 'Unable to Determine' - CCRB has fully investigated but could not affirmatively conclude both that the conduct occurred and that it broke the rules.

Further details on conclusion definitions.

# Lawsuits

Named in 10 known lawsuits, $945,000 total settlements.

Wrenn, Roy et Al Vs. City of New York, et al.
Case # 23CV08968, U.S. District Court - Eastern District NY, February 8, 2024
Complaint
Description: In 2006, a black man in a hoody entered the Plaintiff 1's apartment lobby and brandished a firearm at Plaintiff 1. Plaintiff 1 ran in fear of his life and the man began chasing Plaintiff, never identifying himself as a police officer. As Plaintiff was running, someone identified themselves as police and Plaintiff 1 laid down on the floor, and an officer hit Plaintiff in the back of his head with a firearm. No contraband was found in a strip search but Plaintiff 1 was placed under arrest anyway without probable cause. In the police van, Defendant Police Officer Jerry Bowens planted drugs in Plaintiff 1's vicinity and used this as evidence to falsely arrest and charge Plaintiff 1. In 2006, Plaintiff 2 was stand...

Simms, Michael vs City of New York, et al.
Case # 535675/2023, Supreme Court - Kings, December 14, 2023

Merced, Socorro vs City of New York, et al.
Case # 529840/2023, Supreme Court - Kings, October 17, 2023, ended April 18, 2024
$22,500 Settlement

Grillo, Francis vs City of New York, et al.
Case # 527920/2023, Supreme Court - Kings, September 28, 2023

Harper, Brandon vs City of New York, et al.
Case # 23CV05960, U.S. District Court - Eastern District NY, August 29, 2023
Complaint
Description: On December 28, 2003, PO BOWENS approached Plaintiff at 467 Columbia Street in Brooklyn and arrested him. The plaintiff was taken to a large police van holding at least 40 other prisoners. PO BOWENS falsely accused Plaintiff to the Kings County District Attorney's office that Plaintiff was in possession of 11 vials of crack cocaine and 14 waists of crack cocaine. The Plaintiff had no narcotics and no contraband in his possession. Nevertheless, PO BOWENS's accusation to the District Attorney's office caused him to be charged with a Class B felony narcotics charge, a Class D felony, and an "A" misdemeanor. After one month of confinement on Rikers Island, his great-grandmother bailed out the Plaintiff. The plaint...

Williams, Lamont vs City of New York, et al.
Case # 511281/2023, Supreme Court - Kings, April 18, 2023, ended April 15, 2024
$20,000 Settlement

Barnes, Doneal vs City of New York, et al.
Case # 23CV01070, U.S. District Court - Eastern District NY, February 14, 2023, ended November 14, 2023

$682,500 Settlement

Complaint

Description: On February 12, 2004, Plaintiff Barnes was exiting his girlfriend's apartment building when he was confronted by Defendant P.O. Bowens, who threw Plaintiff Barnes against a wall. Defendant P.O. Bowens had no articulable suspicion that a crime had been committed by Plaintiff Barnes. Defendant P.O. Bowens claimed Plaintiff Barnes was in possession of a quantity of crack cocaine weighting in excess of 500 milligrams in that Defendant P.O. Bowens claimed he observed Plaintiff Barnes throw the drugs to the ground. Plaintiff Barnes was unlawfully detained, arrested, imprisoned by agents, servants and/or employees of defendant, CITY including P.O. Bowens. On or about February 12, 2004, the defendants initiated a crim...

Whitney Joyce vs Cityof New York, et al.
Case # 503517/2023, Supreme Court - Kings, February 7, 2023, ended December 8, 2023
$100,000 Settlement

Nelson, Teddy vs City of New York, et al.
Case # 531713/2022, Supreme Court - Kings, November 1, 2022, ended July 7, 2023
$60,000 Settlement

Complaint

Description: On February 25, 2006, plaintiff was stopped, arrested and handcuffed in an elevator by the defendants. Upon arrival at the jail, defendants subjected plaintiff to a humiliating search and confiscated all his money and personal belongings. Plaintiff was then incarcerated in a cell and only released days later. After being released, a criminal proceeding was brought against plaintiff, which was dismissed on September 16, 2022. Defendant Bowens fabricated the facts and chargers against plaintiff in the criminal proceeding.

Thomas v. The City of New York

Case # 09CV01189, U.S. District Court - Eastern District NY

$60,000 Settlement

First Amended Complaint, Stipulation

50-a.org — About — File a complaint